IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CRAIG STIFF                               PLAINTIFF

v.                  CASE NO. 5:09-cv-00092

CITY OF DERMOTT d/b/a DERMOTT POLICE
DEPARTMENT; the estate of LEONARD C.
RICHARDSON; KENNETH W. PHILLIPS,
both individually and in his former professional capacity
as a police officer                              DEFENDANTS

## AGREED PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court hereby enters the following protective order.

To provide adequate protection for the personal material entitled to be kept confidential and to ensure that protection is afforded only to material so entitled, on the joint motion and stipulation of the plaintiff, Craig Stiff, and the separate defendant, City of Dermott, (collectively, the "Parties") and for good cause shown,

IT IS HEREBY ORDERED:

1. The Office of Professional Conduct has agreed to produce the complaint and investigative file concerning plaintiff Craig Stiff and Robert F. Morehead ("Professional Conduct File") which relates to this litigation.

2. The Professional Conduct File shall be considered confidential.

3. The City of Dermott's use of the Professional Conduct File shall only be in connection with this lawsuit and it may not be used for any other purpose whatsoever.

882153-v1

4. The City of Dermott shall not in any manner, directly or indirectly, transfer the information contained in this disclosure, or any related confidential records, documents or other information provided hereunder or copies thereof, or communicate, orally or in writing, any of the data contained in said material to any person, other than to any expert of the City of Dermott in this lawsuit who is likewise bound by this Order.

5. The City of Dermott shall promptly upon the final determination of this litigation, including the expiration of time for any further appeals, whether by judgment settlement, or otherwise, return to the Office of Professional Conduct any and all copies and extracts of data from the Professional Conduct File.

6. Should the Parties use any of the Professional Conduct File as an exhibit to a pleading or any other document filed with the Court or quote any of its provisions in a pleading or any other document filed with the Court, the party shall file any such pleadings or other documents under seal. The Parties shall serve the sealed pleading on the other parties to this lawsuit as required by the Federal Rules of Civil Procedure, and upon receipt, the other parties are likewise bound by this Order.

7. This Order is without prejudice to the rights of the Parties to make objection to the discovery permitted by the Federal Rules of Civil Procedure, or by any other statute or other authority and to make objection pursuant to the Federal Rules of Evidence at a hearing or at trial on the merits.

8. The confidentiality obligations imposed by this Order shall remain in effect unless otherwise expressly ordered by the Court.

IT IS ORDERED THIS 2 DAY OF August, 2010.

_____
Magistrate Judge Jerome T. Kearney

APPROVED:

ARKANSAS MUNICIPAL LEAGUE
Post Office Box 38
North Little Rock, Arkansas 72115-0038
Telephone: (501) 374-3484
Facsimile: (501) 978-6560
Email: jwilkerson@arml.org

By _____
John L. Wilkerson (2008046)
*Attorneys for City of Dermott d/b/a Dermott Police Department*

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Facsimile: (501) 376-9442
Email: jhenry@wlj.com
       dborgognoni@wlj.com

By _____
Judy Simmons Henry (84069)
Diana E. Borgognoni (2009158)
*Attorneys for Craig Stiff*